IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN THE MATTERS OF EAGLE MOUNTAIN VIEW, LLC, ENGLISH MOUNTAIN VIEW, LLC, AND CARVER MOUNTAIN RESERVE, LLC,<br><br>    EAGLE MOUNTAIN VIEW, LLC, ENGLISH MOUNTAIN VIEW, LLC, AND CARVER MOUNTAIN RESERVE, LLC,<br><br>        Petitioners,<br><br>Kerry Mock,<br><br>        Intervenor–Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | Civil Action No. _____ |

**PETITION OF EAGLE MOUNTAIN VIEW, LLC, ENGLISH MOUNTAIN VIEW, LLC, AND CARVER MOUNTAIN RESERVE, LLC TO QUASH IRS SUMMONSES OR, IN THE ALTERNATIVE, <u>TO EXAMINE IRS AGENT YAN SHU ZHAO</u>**

Pursuant to 26 U.S.C. §§ 7609(b)(2) and (h), Eagle Mountain View, LLC

("Eagle Mountain View"), English Mountain View, LLC ("English Mountain

#3192915v11

- 1 -

View"), and Carver Mountain Reserve, LLC ("Carver Mountain Reserve") (collectively "the Entities") hereby petition this Court for an order quashing six Internal Revenue Service ("IRS") summonses issued to Joseph ("Joe") Skalski, Esq. and his wife Kimberly Skalski CPA on or about February 25, 2021.  Kerry Mock joins and adopts the Entities' petition to quash as an intervenor. Mr. Mock has standing to intervene as a person entitled to notice of the summonses under 26 U.S.C. § 7609(a). *See* 26 U.S.C. § 7609(b)(1).

The summonses purport to be related to IRS audits of (a) Eagle Mountain View's 2016 tax return, which includes a charitable contribution deduction for the granting of a 2016 conservation easement; (b) Carver Mountain Reserve's 2016 tax return, which also includes a charitable contribution deduction for the granting of a 2016 conservation easement, and (c) English Mountain View's 2016 tax return, which includes a charitable contribution deduction for a 2016 fee simple donation. However, as detailed in the attached Memorandum of Law, the summonses are improper and harassing and should not be enforced. First, these summonses were issued in bad faith pursuant to, for example, *U.S. v. Clarke*, 573 U.S. 248 (2014). Second, with respect to Mr. Skalski, these summonses deliberately seek to invade and evade the attorney-client privilege. Third and finally, the summonses are overbroad and seek irrelevant information relating to years not under audit.

#3192915v11

WHEREFORE, the Entities request the Court enter an order quashing the summonses or, in the alternative, permit the Entities to conduct an examination of the IRS agent who has led the Entities' audits and issued these summonses regarding her reasons for issuance pursuant to *U.S. v. Clarke*. 573 U.S. 248 at 254 ("the taxpayer is entitled to examine an IRS agent when he can point to specific facts or circumstances plausibly raising an inference of bad faith.").

Respectfully submitted, this 17th day of March, 2021.

/s/ *Jason J. Carter*
Jason J. Carter
Georgia Bar No. 141669
carter@bmelaw.com
Amanda D. Bradley
Georgia Bar No. 560602
bradley@bmelaw.com
Bondurant, Mixson & Elmore, LLP
1201 W. Peachtree St, N.W. Suite 3900
Atlanta, Georgia 30309
(404) 881-4100 – Phone
(404) 881-4111 - Fax

# CERTIFICATE OF COMPLIANCE
# WITH LOCAL RULE 5.1

Counsel for Petitioners Eagle Mountain View, LLC, English Mountain View, LLC, and Carver Mountain Reserve, LLC certifies that the foregoing document was prepared in Times New Roman, 14-point font, in accordance with Local Rule 5.1.

This 17th day of March, 2021.

>                    */s/ Jason J. Carter*
>                    Jason J. Carter
>                    Georgia Bar No. 141669

# CERTIFICATE OF SERVICE

I hereby certify that this 17th day of March, 2021, a copy of the foregoing **PETITION OF EAGLE MOUNTAIN VIEW, LLC, ENGLISH MOUNTAIN VIEW, LLC, AND CARVER MOUNTAIN RESERVE, LLC TO QUASH IRS SUMMONSES OR, IN THE ALTERNATIVE, TO EXAMINE IRS OFFICIALS** was filed with the Clerk of Court using the CM/ECF system, and deposited in the United States Mail, Certified, return receipt requested, with postage prepaid to the following:

**Yan Shu Zhao, Internal Revenue Agent:**
Internal Revenue Service
2888 Woodcock Blvd,
Atlanta, GA 30341

**Andrew S. Breig, Internal Revenue Agent Manager**:
Internal Revenue Service
2888 Woodcock Blvd,
Atlanta, GA 30341

**Joseph and Kimberly Skalski**
4601 Chardonnay Ct,
Dunwoody, GA 30338

**Kerry Mock**
11175 Cicero Drive
Suite 100
Alpharetta, GA 30022

#3192915v11

**Merrick B. Garland, Attorney General, U.S. Dept. of Justice**
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**Kurt R. Erskine, Acting United States Attorney**
**For the Northern District of Georgia**
Richard B. Russell Federal Building
75 Ted Turner Dr. SW
Suite 600
Atlanta, GA 30303-3309

    This 17th day of March, 2021.

                                       /s/ *Jason J. Carter*
                                       Jason J. Carter
                                       Georgia Bar No. 141669

#3192915v11