## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

|  |  |
|---|---|
| IN THE MATTERS OF EAGLE MOUNTAIN VIEW, LLC, ENGLISH MOUNTAIN VIEW, LLC, AND CARVER MOUNTAIN RESERVE, LLC, <br><br> EAGLE MOUNTAIN VIEW, LLC, ENGLISH MOUNTAIN VIEW, LLC, AND CARVER MOUNTAIN RESERVE, LLC, <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | Civil Action No. <br> 1:21-CV-01097-AT |

**MOTION TO INTERVENE IN PETITION OF EAGLE MOUNTAIN VIEW, LLC, ENGLISH MOUNTAIN VIEW, LLC, AND CARVER MOUNTAIN RESERVE, LLC TO QUASH IRS SUMMONSES OR, IN THE ALTERNATIVE, TO EXAMINE IRS OFFICIALS, AND BRIEF IN SUPPORT**

Pursuant to Fed. R. Civ. P. 24 and 26 U.S.C. § 7609(b), Kerry Mock hereby moves to intervene in the above-mentioned action. The Internal Revenue Service ("IRS") issued six summonses to Joseph Skalski, Esq. and Kimberly Skalski CPA on or about February 25, 2021. Petitioners Eagle Mountain View, LLC ("Eagle Mountain View"), English Mountain View, LLC ("English Mountain View"), and

Carver Mountain Reserve, LLC ("Carver Mountain Reserve") (collectively "the Entities") are petitioning this Court for an order quashing the six summonses simultaneously with the filing of this motion.  Under 26 U.S. Code § 7609(b)(1), "any person who is entitled to notice of a summons under subsection (a) shall have the right to intervene in any proceeding with respect to the enforcement of such summons under section 7604." Mr. Mock was entitled to notice of the summonses issued to Mr. and Mrs. Skalski under subsection (a) as a person identified in the summonses and thus has the right to intervene in this action. *See* 26 U.S. Code § 7609(a).  Further, because Mr. Skalski serves as an attorney for Mr. Mock and entities that Mr. Mock controls, the summonses directly threaten Mr. Mock's attorney client privilege.

Fed. R. Civ. P. 24(a)(1) is clear that this Court "must permit anyone to intervene who… is given an unconditional right to intervene by a federal statute." And "a district court should allow intervention by a client in the first instance as soon as the attorney-client privilege issue is raised."  *In re Grand Jury Matter*, 735 F.2d 1330, 1331 (11th Cir. 1984) (alterations and internal citations omitted).

Thus, Mr. Mock moves this Court for an order permitting him to intervene. He also joins and adopts the Entities' petition to quash and memorandum in support thereof.

WHEREFORE, Mr. Mock requests the Court enter an order granting his

motion to intervene.

Respectfully submitted, this 18th day of March, 2021.

/s/ *Jason J. Carter*
Jason J. Carter
Georgia Bar No. 141669
carter@bmelaw.com
Amanda D. Bradley
Georgia Bar No. 560602
bradley@bmelaw.com
Bondurant, Mixson & Elmore, LLP
1201 W. Peachtree St, N.W. Suite 3900
Atlanta, Georgia 30309
(404) 881-4100 – Phone
(404) 881-4111 - Fax

## <u>CERTIFICATE OF COMPLIANCE</u><br><u>WITH LOCAL RULE 5.1</u>

Counsel for Intervenor Kerry Mock certifies that the foregoing document was prepared in Times New Roman, 14-point font, in accordance with Local Rule 5.1.

This 18th day of March, 2021.

*/s/ Jason J. Carter*
Jason J. Carter
Georgia Bar No. 141669

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this 18th day of March, 2021, a copy of the foregoing

**MOTION TO INTERVENE IN PETITION OF EAGLE MOUNTAIN VIEW,**

**LLC, ENGLISH MOUNTAIN VIEW, LLC, AND CARVER MOUNTAIN**

**RESERVE, LLC TO QUASH IRS SUMMONSES OR, IN THE**

**ALTERNATIVE, TO EXAMINE IRS OFFICIALS** was filed with the Clerk of

Court using the CM/ECF system, and deposited in the United States Mail, with

postage prepaid to the following:

**Yan Shu Zhao, Internal Revenue Agent:**
Internal Revenue Service
2888 Woodcock Blvd,
Atlanta, GA 30341

**Andrew S. Breig, Internal Revenue Agent Manager**:
Internal Revenue Service
2888 Woodcock Blvd,
Atlanta, GA 30341

**Joseph and Kimberly Skalski**
4601 Chardonnay Ct,
Dunwoody, GA 30338

**Kerry Mock**
11175 Cicero Drive
Suite 100
Alpharetta, GA 30022

**Merrick B. Garland, Attorney General, U.S. Dept. of Justice**
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**Kurt R. Erskine, Acting United States Attorney**
**For the Northern District of Georgia**
Richard B. Russell Federal Building
75 Ted Turner Dr. SW
Suite 600
Atlanta, GA 30303-3309

This 18th day of March, 2021.

*/s/ Jason J. Carter*
Jason J. Carter
Georgia Bar No. 141669